**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| KAREN JASMINE HATHAWAY,<br><br>    Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY, a corporation; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 5:25-cv-00961 MEMF (SHKx)<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>State Ct. Complaint Filed:<br>February 18, 2025<br><br>District Judge:<br>Maame Ewusi-Mensah Frimpong<br><br>Magistrate Judge:<br>Shashi H. Kewalramani<br><br>Trial Date: Not set |

The Court hereby grants Plaintiff Karen Jasmine Hathaway and Defendant Ford Motor Company's Joint Stipulation for Dismissal of All Claims With Prejudice.

GOOD CAUSE APPEARING, it is hereby ORDERED that: Plaintiff's Complaint shall be dismissed with prejudice.

**IT IS SO ORDERED**.

DATED: August 20, 2025    BY: _____
                              Judge of the District Court

-1-    Case No. 5:25-cv-00961 MEMF (SHKx)

ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE